IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKEY R. THOMAS, | |
| Plaintiff, | 8:15-CV-213 |
| vs. | |
| ROBERT A. MCDONALD, Secretary of Veteran's Affairs, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The plaintiff's motion for an extension of time (filing 48) to respond to the defendant's motion for summary judgment is granted.

2. The plaintiff may respond to the defendant's motion for summary judgment (filing 42) on or before Monday, November 7, 2016.

3. The defendant may reply in support of his motion on or before Thursday, November 17, 2016.

Dated this 28th day of September, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge