IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKEY R. THOMAS, | |
| Plaintiff, | 8:15-CV-213 |
| vs. | |
| ROBERT A. MCDONALD, Secretary of Veteran's Affairs, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The plaintiff's motion for an extension of time (filing 50) to respond to the defendant's motion for summary judgment is granted.

2. The plaintiff may respond to the defendant's motion for summary judgment (filing 42) on or before Wednesday, December 7, 2016.

3. The defendant may reply in support of his motion on or before Friday, December 23, 2016.

Dated this 26th day of October, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge