IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKEY R. THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT A. MCDONALD, Secretary of Veteran's Affairs,<br><br>    Defendant. | 8:15-CV-213<br><br>ORDER |

  This matter is before the Court on the plaintiff's motion (filing 52) to extend the response deadline to the defendant's motion for summary judgment (filing 42). The Court will grant the plaintiff's motion. Absent good cause shown, this will be the <u>last</u> extension granted.

  IT IS ORDERED:

1. The plaintiff's motion for an extension of time (filing 52) to respond to the defendant's motion for summary judgment is granted.

2. The plaintiff may respond to the defendant's motion for summary judgment (filing 42) on or before <u>Friday, January 13, 2017</u>.

3. The defendant may reply in support of his motion on or before <u>Monday, January 23, 2017</u>.

Dated this 1st day of December, 2016.

                BY THE COURT:

                _____
                John M. Gerrard
                United States District Judge